# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ABG PRIME GROUP, INC., a Michigan Corporation,

      Plaintiff,

v.

INNOVATIVE SALON PRODUCTS, INC., d/b/a Loma, a State of Washington for-profit Corporation,

      Defendant.

Case No. 2:17-cv-12280-LJM-RSW

The Honorable Laurie J. Michelson
Magistrate Judge R. Steven Whalen

_____/

## APPEARANCE OF LEIGH C. TAGGART
## ON BEHALF OF DEFENDANT INNOVATIVE SALON PRODUCTS, INC.

Please enter the appearance of Attorney Leigh C. Taggart and the law firm of Honigman Miller Schwartz and Cohn LLP on behalf of Defendant Innovative Salon Products, Inc., in the above-captioned matter.

      Respectfully submitted,
      HONIGMAN MILLER SCHWARTZ AND COHN LLP
      Attorneys for Defendant Innovative Salon Products, Inc.

Dated: July 24, 2017

      By: */s/ Leigh C. Taggart*
      Leigh C. Taggart (P63765)
      HONIGMAN MILLER SCHWARTZ AND COHN LLP
      39400 Woodward Avenue, Suite 101
      Bloomfield Hills, MI 48304-5151
      (248) 566-8496
      ltaggart@honigman.com

25158870.1

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2017, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

By: /s/ Leigh C. Taggart