# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ABG PRIME GROUP, INC., a Michigan Corporation,

      Plaintiff,

v.

INNOVATIVE SALON PRODUCTS, INC., d/b/a Loma, a State of Washington for-profit Corporation,

      Defendant.

_____/

Case No. 2:17-cv-12280

The Honorable Laurie J. Michelson
Magistrate Judge R. Steven Whalen

## STIPULATED ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The above-captioned cause of action having come before this Honorable Court upon stipulation of the parties for the purpose of extending the date by which Defendant Innovative Salon Products, Inc., shall file a Response to Plaintiff's Complaint; and, the Court being otherwise fully informed in the premises:

NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's complaint on or before September 18, 2017.

**SO ORDERED.**

Dated: July 27, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

The undersigned stipulate to the entry of this order.

Respectfully submitted on this 25th day of July, 2017

| /s/ *Wade Fink (w/permission)* | /s/ *Leigh C. Taggart* |
|---|---|
| Wade G. Fink (P78751) | Leigh C. Taggart (P63765) |
| Wade Fink Law P.C. | Honigman Miller Schwartz and Cohn LLP |
| 370 E. Maple Rd., Third Floor | 39400 Woodward Ave., Suite 101 |
| Birmingham, MI 48009 | Bloomfield Hills, MI 48304 |
| 248-646-8292 | 248-566-8496 |
| wade@wadefinklaw.com | ltaggart@honigman.com |
| | |
| *Attorneys for Plaintiff ABG Prime Group, Inc.* | *Attorneys for Defendant Innovative Salon Products, Inc.* |