## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ABG PRIME GROUP, INC., a Michigan
Corporation,

      Plaintiff,

vs.

INNOVATIVE SALON PRODUCTS,
INC., d/b/a LOMA, a State of Washington
For-Profit Corporation; DAVID HANEN, an
Individual; ALL ALLIANCE PRODUCTS,
a d/b/a of Dean Prodromitis or Total Image
International; DEMONSTHENES
PRODROMITIS, a/k/a Dean Prodromitis;
TOTAL IMAGE INTERNATIONAL, LLC,
a Florida Limited Liability Company,

      Defendants,

and

INNOVATIVE SALON PRODUCTS, INC.,
d/b/a LOMA, a State of Washington For-Profit
Corporation,

      Counter-Plaintiff,

vs.

ABG PRIME GROUP, INC., a Michigan
Corporation,

      Counter-Defendant.

Case No: 2:17-cv-12280
Hon. Laurie J. Michelson

---

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendants Demonsthenes Prodromitis, Total Image International, Inc., and "All Alliance Products" (collectively "the Florida Defendants") hereby file as supplemental authority at <u>Exhibit A</u> the May 16, 2018 Order entered in *ABG Prime Group, Inc. v. Mixed Chicks, LLC*, Case No. 2:17-cv-13257, Dkt. 24 (Cleland, J.). The Florida Defendants file this authority in support of their respective motions to dismiss the First Amended Complaint for lack of personal jurisdiction [*see* Dkts. 34,39, 45] and for all other purposes appropriate under the rules.

Respectfully submitted,

Date:  May 17, 2018

*/s/ Jordan S. Bolton*
Jordan S. Bolton (P66309)
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 988-1839
JBolton@ClarkHill.com

- and -

*/s/ James M. Matulis (w/consent)*
James M. Matulis (FBN 0077429)
Law Office of James Matulis
9806 Gretna Green Drive, Suite 100
Tampa, FL 33626
(813) 451-7347
Jim@Matulis-Law.com

*Attorneys for All Alliance, Demosthenes, and Total Image Int'l, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2018, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Jordan S. Bolton*
Jordan S. Bolton (P66309)
Clark Hill PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 988-1839
JBolton@ClarkHill.com

219689753.1 68491/323181