UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ABG Prime Group,

                Plaintiff(s),

v.                                           Case No. 2:17–cv–12280–LJM–RSW
                                             Hon. Laurie J. Michelson

Innovative Salon Products, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 733. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #12
        Motion to Dismiss – #24
        Motion to Dismiss – #33
        Motion to Dismiss – #35

- MOTION HEARING: June 26, 2018 at 10:15 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K Jackson
                                                Case Manager

Dated: June 4, 2018