# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ABG PRIME GROUP, INC., a Michigan Corporation,

       Plaintiff,

v.

INNOVATIVE SALON PRODUCTS, INC., d/b/a Loma, a State of Washington for-profit Corporation, DAVID HANEN, an individual; ALL ALLIANCE PRODUCTS, a d/b/a of Dean Prodromitis or Total Image International; DEMONSTHENES PRODROMITIS, a.k.a. Dean Prodromitis; TOTAL IMAGE INTERNATIONAL, LLC, a Florida Limited Liability Company,

       Defendants,

and

INNOVATIVE SALON PRODUCTS, INC., d/b/a LOMA, a State of Washington for-profit Corporation,

       Counter-plaintiff,

v.

ABG PRIME GROUP, INC., a Michigan Corporation,

       Counter-defendant.

Case No. 2:17-cv-12280-LJM-RSW

District Judge Laurie J. Michelson
Magistrate Judge R. Steven Whalen

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

1

Plaintiff/Counter-Defendant ABG Prime Group, Inc., Defendant/Counter-Plaintiff Innovative Salon Products, Inc., and Defendant David Hanen (the "Parties") having stipulated to this order, as evidenced by the signatures of their respective counsel below, in accordance with the settlement agreement dated January 25, 2019 (the "Settlement Agreement"), and the Court being otherwise duly advised;

IT IS ORDERED that all the above-captioned lawsuits, including all claims and counterclaims, are hereby dismissed with prejudice, with the Parties waiving any right to appeal, and with each Party paying its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction only to enforce the terms of the Settlement Agreement.

Date: January 30, 2019                      s/Laurie J. Michelson
                                            United States District Judge

**Agreed to by:**

/s/ Wade Fink
Wade Fink
Wade Fink Law, P.C.
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009
Telephone: 248.712.1054
wade@wadefinklaw.com
*Attorneys for Plaintiff*
*ABG Prime Group, Inc.*

/s/ Leigh Taggart
Leigh Taggart
Honigman Miller Schwarz & Cohn LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304
Telephone: 248.566.8496
ltaggart@honigman.com
*Attorney for Defendants*
*Innovative Salon Products, Inc.*
*and David Hanen*